IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CV-466-D

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, and HARTFORD UNDERWRITERS INSURANCE CO., <br><br> Plaintiffs <br><br> v. <br><br> PROFESSIONAL BROADBAND, INC., <br><br> Defendant. | **ORDER** |

Plaintiffs seek summary judgment [D.E. 28]. Defendant does not oppose summary judgment [D.E. 31]. Accordingly the motion for summary judgment is [D.E. 28] is GRANTED. Plaintiff's motion to compel [D.E. 21] is DENIED as moot. The clerk shall close the case.

SO ORDERED. This 15 day of June 2012.

JAMES C. DEVER III
Chief United States District Judge